874 A.2d 621

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Kirk Allen McDANIEL, Respondent.**

**No. 399 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 11, 2005.

*O R D E R*

PER CURIAM:

AND NOW, this 11th day of May, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 22, 2005, it is hereby

ORDERED that KIRK ALLEN McDANIEL be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.